NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH RAY KENT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3034

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100652-B-1.

---

**ON MOTION**

---

## O R D E R

The Department of the Air Force moves for leave to refile its informal response brief out of time with a corrected certificate of service.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

KENNETH KENT v. AIR FORCE                                              2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21